| | |
|---|---|
| MICHELLE CONCEPCION,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>Defendants. | Case No.: 1:18-cv-01743-LJO-JLT (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW<br>CAUSE AND EXTENDING TIME FOR<br>PLAINTIFF TO RESPOND TO FIRST<br>SCREENING ORDER<br><br>(Docs. 9-13)<br><br>21-DAY DEADLINE |

On April 2, 2019, the Court issued a screening order in which it granted Plaintiff leave to file a first amended complaint. (Doc. 9.) At Plaintiff's request, the Court granted an extension of time to respond to the screening order. (Doc. 10, 11.) Plaintiff failed to file an amended complaint or otherwise respond to the Court's order by the extended deadline. Thus, the Court issued an order to show cause why this action should not be dismissed for failure to comply with the Court's order and prosecute this action. (Doc. 12.)

Plaintiff filed a response to the OSC indicating that he believed an administrative appeal would be granted and that, when the administrative appeal was ultimately denied, he sought legal

advice on how to proceed.[1] (Doc. 13.) He states that he did not have sufficient time between the administrative-appeal denial and the screening-order deadline to receive the solicited advice.

Good cause appearing, the Court **ORDERS**:

1. The order to show cause that issued on August 21, 2019, (Doc. 12) is **DISCHARGED**;

2. **Within 21 days** from the date of service of this order, Plaintiff shall file a first amended complaint curing the deficiencies identified by the Court in the April 2, 2019 screening order or, in the alternative, file a notice of voluntary dismissal.

The Court notes that multiple months have passed since the issuance of its screening order. **If Plaintiff fails to comply with the present order, the Court will dismiss this action for failure to obey a court order and for failure to state a cognizable claim.**

IT IS SO ORDERED.

Dated:     **October 9, 2019**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] In his response, Plaintiff states that he is transgender male and requested that the Court address him with male pronouns. The Court does so here.