XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JOSEPH R. WHEELER, State Bar No. 216721
Supervising Deputy Attorney General
JANET N. CHEN, State Bar No. 283233
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7319
 Fax: (916) 324-5205
 E-mail: Janet.Chen@doj.ca.gov
*Attorneys for Defendants*
*CDCR, CCHCS, and Diaz*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MICHELLE CONCEPCION,**<br><br>                              Plaintiff,<br><br>   v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                              Defendants. | 1:18-cv-01743 NONE JLT<br><br>**STIPULATION TO EXTEND DEFENDANTS' REPLY DEADLINE**<br><br>(Doc. 36) |

The parties hereby stipulate to extend the deadline for Defendants to file a reply to Plaintiff's opposition to Defendants' motion to dismiss. The current deadline for Defendants to file their reply brief is July 31, 2020.[1] The parties agree to stipulate to extend the deadline for two weeks or until August 14, 2020.

///

---

[1] Plaintiff requested that Defendants' motion be set for oral argument now that Plaintiff is represented by counsel. (ECF No. 34.) Pending the Court's ruling on this request, the case remains governed by Local Rule 230(*l*). Therefore, Defendants' reply brief is due seven days after the service of Plaintiff's opposition, which was filed on July 24, 2020.

1

**IT IS SO STIPULATED.**

Dated:  July 30, 2020                                 */s/ Janet N. Chen*
                                                                  Janet N. Chen
                                                                  Deputy Attorney General
                                                                  *Attorney for Defendants*
                                                                  *CDCR, CCHCS, and Diaz*

Dated:  July 30, 2020                                 */s/ Kevin L. Hubbard*
                                                                  Kevin Love Hubbard
                                                                  Medina Orthwein
                                                                  *Attorney for Plaintiff*
                                                                  *Michelle Concepcion*

**ORDER**

The stipulation to extend the deadline for filing the reply is **GRANTED**. The reply, if any, SHALL be filed no later than August 14, 2020.

The plaintiff's request for oral argument related to the motion to dismiss, is DENIED. (General Order 617) If, after the briefs are filed, the Court finds argument is needed, it will set the matter for hearing at that time.

IT IS SO ORDERED.

Dated:   **July 30, 2020**                          **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE