UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE (a/k/a MYCHAL) CONCEPCION,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:18-cv-01743-NONE-JLT (PC)<br><br>**ORDER STRIKING MOTION**<br><br>(Doc. 39) |

On August 20, 2020, Plaintiff filed a motion signed by himself and not by counsel. (Doc. 39.) Pursuant to the Federal Rules of Civil Procedure and Local Rules, all pleadings, motions, and other documents filed with the Court must be signed by an attorney of record, unless the party is appearing *pro se*. Fed. R. Civ. P. 11(a); Local Rule 131(b). Because Plaintiff is represented by counsel and no longer appearing *pro se* (*see* Docs. 30-33), the Court directs the Clerk of the Court to STRIKE the motion from the record. All future motions and other filings must be filed by an attorney of record.

IT IS SO ORDERED.

Dated:  **August 23, 2020**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE