UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE (aka MYCHAL) CONCEPCION,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:18-cv-01743-NONE-JLT (PC)<br><br>**ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 55) |

The parties have filed a stipulation to extend the deadline for Defendants to file a responsive pleading to Plaintiff's first amended complaint by two weeks. (Doc. 55.) Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the current deadline is August 23, 2021. The Court GRANTS the stipulated request. Defendants' responsive pleading is due by September 7, 2021.

IT IS SO ORDERED.

Dated:   **August 23, 2021**              _ /s/ Jennifer L. Thurston
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE