UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE (aka MYCHAL) CONCEPCION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01743-NONE-JLT (PC)<br><br>**ORDER SETTING SCHEDULING CONFERENCE AND DIRECTING CLERK OF THE COURT TO ISSUE CIVIL NEW CASE DOCUMENTS** |

　　　Good cause appearing, the Court **ORDERS:**

　　　1.　　The mandatory scheduling conference is set on October 12, 2021, at 9:00 a.m.

　　　2.　　The Court DIRECTS the Clerk of the Court to issue the civil new case documents, including the Order Setting Mandatory Scheduling Conference, which sets forth the requirements for the parties' Joint Scheduling Report. The parties SHALL prepare and submit their Joint Scheduling Report in accordance with that order.

IT IS SO ORDERED.

　　　Dated:　**September 10, 2021**　　　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE