Rob Bonta, State Bar No. 202668
Attorney General of California
Preeti K. Bajwa, State Bar No. 232484
Supervising Deputy Attorney General
Janet N. Chen, State Bar No. 283233
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7319
 Fax: (916) 324-5205
 E-mail: Janet.Chen@doj.ca.gov
*Attorneys for Defendants*
*CDCR, CCHCS, and Diaz*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MYCHAL CONCEPCION,** | 1:18-CV-01743-NONE-JLT |
| Plaintiff, | **STIPULATION TO EXTEND THE DEADLINE TO SERVE INITIAL DISCLOSURES** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | (Doc. 71) |
| Defendants. | |

The parties have met and conferred and agree to stipulate to extend the deadline to serve initial disclosures until fourteen days after the Court's ruling on Defendants' pending motion for stay, which is set to be heard on November 1, 2021, if the motion is denied. Initial Disclosures are currently due October 25, 2021. (ECF No. 66.) A proposed order is provided for the Court's consideration.

/ / /

/ / /

/ / /

1

**IT IS SO STIPULATED.**

Dated:  October 19, 2021                                  */s/ Janet N. Chen*

                                                                       Janet N. Chen
                                                                       Deputy Attorney General
                                                                       *Attorney for Defendants*
                                                                       *CDCR, CCHCS, and Diaz*

Dated:  October 19, 2021                                  */s/ Felicia Medina*

                                                                       Felicia Medina
                                                                       Medina Orthwein
                                                                       *Attorney for Plaintiff*
                                                                       *Mychal Concepcion*

IT IS SO ORDERED.

    Dated:   **October 21, 2021**                    _____ **/s/ Jennifer L. Thurston**
                                                                       CHIEF UNITED STATES MAGISTRATE JUDGE