1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                                EASTERN DISTRICT OF CALIFORNIA

10

**CONCEPCION,**                                    1:18-CV-01743-NONE-JLT

11
                                    Plaintiff,     **[~~PROPOSED~~] ORDER ON REQUEST TO
12                                                 SEAL DOCUMENT**
                      v.                           **(Doc. 74)**
13   **CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
14   REHABILITATION, et al.,**

15                                  Defendants.

16

17          Good cause appearing, Defendants'[1] request to seal Exhibit A to the declaration of Janet N.

18   Chen (Doc. 74) is GRANTED.

19
     IT IS SO ORDERED.
20

21        Dated:   __**October 25, 2021**__        _____ **/s/ Jennifer L. Thurston**
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28          [1] The motion represents that the plaintiff does not object to this request.