UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL MACIAS (f/k/a MICHELLE CONCEPCION),<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01743-NONE-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO RECOGNIZE NAME CHANGE**<br><br>(Doc. 69) |

Plaintiff has filed a notice of name change and a request that the Court recognize his legal name in this action. (Doc. 69.) Plaintiff states that he petitioned the Superior Court of California, County of Madera, to change his legal name to Mychal Macias (Case No MCV084005). (Doc. 69 at 2.) The Superior Court granted the petition on October 6, 2020. (*Id.*) Good cause appearing, the Court GRANTS Plaintiff's request. The Court DIRECTS the Clerk of the Court to change Plaintiff's name on the docket to Mychal Macias.

IT IS SO ORDERED.

Dated:   **October 26, 2021**          _/s/ Jennifer L. Thurston_
                                        CHIEF UNITED STATES MAGISTRATE JUDGE