# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL MACIAS,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>            Defendants. | Case No.  1: 18-cv-01743-JLT-BAK<br><br>ORDER VACATING MID-DISCOVERY STATUS CONFERENCE<br><br>(ECF Nos. 66, 81) |

There is a mid-discovery status conference set for February 15, 2022.  (ECF No. 66.) The Court has reviewed the joint statement of the parties filed on February 8, 2022 (ECF No. 81), and finds that given the status of the discovery between the parties, it is not necessary for the Court to hold a status conference or for the parties to appear before the Court to address any outstanding issues regarding the discovery.  The Court shall vacate the mid-discovery status conference.

The parties are further informed that should a discovery dispute or the need for an informal discovery conference arise, the Court provides an informal process for the parties to bring such discovery disputes before the Court without the need for the filing of a motion, if the parties consent to such informal process.  Additional requirements and more detailed procedures for informal discovery conferences before United States Magistrate Judge Stanley A. Boone can

1

be found at the United States District Court for the Eastern District of California's website (www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB). In the area entitled "Case Management Procedures," there is a link to "Discovery Dispute Procedures."

Accordingly, IT IS HEREBY ORDERED that the mid-discovery status conference set for February 15, 2022, in Courtroom 9 at 8:30 a.m., is VACATED.

IT IS SO ORDERED.

Dated:   **February 8, 2022**

UNITED STATES MAGISTRATE JUDGE