# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL MACIAS *formerly known as* MICHELLE CONCEPCION,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:18-cv-01743-JLT-BAK<br><br>ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 66, 84) |

A scheduling order for this matter issued on October 7, 2021, which was subsequently amended (as to the initial disclosures deadline only) on October 22, 2021. (ECF Nos. 66, 72.)

On May 12, 2022, the parties filed a stipulated motion to modify the schedule, in which they seek to extend the May 16, 2022 deadline for non-expert discovery and remaining subsequent deadlines by one hundred fifty days. (ECF No. 84.) The parties have completed some discovery and have recently been meeting and conferring about the scope of three third-party depositions which are currently scheduled for May 27, 2022. The parties continue to meet and confer with respect to two other third-party witness depositions, which have not been set. The parties proffer the extension is therefore needed to permit them to complete these depositions and anticipated follow up discovery requests. The Court finds good cause exists to grant the

1

parties' joint motion.  Furthermore, in light of the appointment of District Judge Jennifer L. Thurston, the pretrial conference shall be set before Judge Thurston and this matter shall be set for trial.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties' joint motion to modify the schedule (ECF No. 84) is GRANTED.  The scheduling order is further modified as follows:

1. Non-Expert Discovery Deadline: **October 13, 2022**;

2. Expert Discovery Deadline: **December 19, 2022**;

3. Non-Dispositive Motion Filing Deadline: **December 26, 2022;**

4. Non-Dispositive Motion Hearing Deadline: **between January 23, 2022 and February 3, 2022**;

5. Dispositive Motion Filing Deadline: **February 6, 2023;**

6. Dispositive Motion Hearing Deadline: **between March 13, 2023 and March 24, 2023**; and

7. Pretrial Conference: **May 5, 2023**, at **1:30 p.m.**, in Courtroom 4 before the Honorable Jennifer L. Thurston; and

8. Jury trial: **June 26, 2023**, at **8:30 a.m.**, in Courtroom 4 before the Honorable Jennifer L. Thurston.

9. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **May 13, 2022**                          

UNITED STATES MAGISTRATE JUDGE

2