# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL MACIAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01743-JLT-BAK<br><br>ORDER GRANTING STIPULATED MOTION TO STAY ACTION<br><br>(ECF No. 86) |

On September 8, 2022, the parties filed a stipulated motion to stay this action as the parties are engaged in settlement discussions and are in the process of scheduling a settlement conference. (ECF No. 86.) The Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED and this matter is STAYED. The parties shall submit a status report concerning the status of this matter within fourteen (14) days after the holding of the settlement conference, or otherwise within ninety (90) days of entry of this order.

IT IS SO ORDERED.

Dated:　**September 9, 2022**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE