Felicia Medina (SBN 255804)
fmedina@medinaorthwein.com
Jennifer Orthwein (SBN 255196)
jorthwein@medinaorthwein.com
Mackenzie L. Halter (SBN 333992)
mhalter@medinaorthwein.com
MEDINA ORTHWEIN LLP
230 Grand Avenue, Suite 201
Oakland, CA 94610
Telephone: (510) 823-2040
Facsimile: (510) 217-3580

Judy J. Jun (SBN 326169)
judy@jjunlaw.com
3630 High St, #18707
Oakland, CA 94619
Telephone: (510) 560-4424
Facsimile: (510) 781-9551

*Attorneys for Plaintiff Mychal Macias*

ROB BONTA, State Bar No. 202668
Attorney General of California
PREETI K. BAJWA, State Bar No. 232484
Supervising Deputy Attorney General
JANET N. CHEN, State Bar No. 283233
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7319
 Fax: (916) 324-5205
 E-mail: Janet.Chen@doj.ca.gov
*Attorneys for Defendants Diaz, CDCR, and CCHCS*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYCHAL MACIAS,<br><br>**Plaintiff,**<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>**Defendants**. | Case No.: 1:18-cv-01743-JLT-CDB<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS**<br><br>Judge: Hon. Jennifer L. Thurston<br>Action filed: December 28, 2018 |

JOINT STIPULATION TO STAY PROCEEDINGS

Plaintiff Mychal Macias ("Plaintiff") and Defendants California Department of Corrections and Rehabilitation, California Correctional Health Care Services, and Ralph Diaz ("Defendants") (collectively, "the Parties"), by and through their respective attorneys of record, hereby jointly stipulate and request that the proceedings be stayed until July 10, 2023.

WHEREAS, on September 8, 2022, the Parties submitted a Joint Stipulation to Stay the Proceedings pending settlement discussions. (ECF No. 86.) On September 9, 2022, Hon. Stanley A. Boone ordered the stay be granted and the scheduled Pretrial Conference and Trial were vacated (ECF No. 87);

WHEREAS, on December 13, 2022, the Parties participated in a Settlement Conference with Magistrate Judge Carolyn Delaney. The case did not settle on that date and settlement discussions continued. Judge Delaney ordered the matter stayed for the latter of an additional 90 days or the new settlement conference date (ECF No. 94);

WHEREAS, following the December 13, 2022 Settlement Conference, the Parties engaged in in-depth discussions regarding programmatic relief;

WHEREAS, on April 6, 2023, the Parties agreed to proceed to the second Settlement Conference before Judge Delaney;

WHEREAS, the second Settlement Conference is scheduled for May 24, 2023 (ECF No. 96);

WHEREAS, a further stay is necessary to allow the Parties to continue engaging in good faith settlement negotiations at the May 24, 2023 Settlement Conference and to finalize a settlement agreement;

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record and subject to Court approval, that all proceedings be stayed until July 10, 2023.

**IT IS SO STIPULATED.**

Dated: April 19, 2023                                              /s/ *Mackenzie Halter*
                                                                   Mackenzie L. Halter
                                                                   Medina Orthwein LLP
                                                                   *Attorney for Plaintiff*

Dated: April 19, 2023

*/s/ Janet N. Chen*_____
Janet N. Chen
Supervising Deputy Attorney General
*Attorney for Defendants*

## **ORDER**

Pursuant to the stipulation of the Parties, IT IS HEREBY ORDERED that the proceedings be stayed until July 10, 2023.

IT IS SO ORDERED.

Dated:   **April 20, 2023**                                     _____
UNITED STATES DISTRICT JUDGE