UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL MACIAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>        Defendant. | Case No. 1:18-cv-01743-JLT-CDB (PC)<br><br>ORDER ON STIPULATION EXTENDING DATE BY WHICH DISPOSITIONAL DOCUMENTS MUST BE FILED<br><br>(Doc. 102) |

        On May 24, 2023, the parties reached a settlement to dismiss this action with prejudice. (Doc. 101). With the terms and conditions of settlement stated on the record, the Court ordered the parties to file dispositional documents within thirty (30) days. *Id*.

        On June 26, 2023, the parties filed stipulated Request for Extension of Time to File Dispositional Documents. (Doc. 102). The parties seek additional time to file dispositional documents owing largely to an unexplained three-week delay in Plaintiff's receipt from her counsel of the relevant settlement agreement. (*Id.* at ¶¶ 8-9).

        Since it is clear from the record that the parties have settled their respective claims (*see* Doc. 101), the claims are subject to dismissal under Federal Rule of Civil Procedure 41(a)(2), notwithstanding the parties' failure to timely file dispositional documents. *See Eitel v. McCool*, 782 F.2d 1470, 1472-73 (9th Cir. 1986). Nevertheless, based on the representations of the parties

in their joint request, the Court finds good cause to grant a 21-day extension of time.

Accordingly, the parties' request for an extension of time to file dispositional documents is GRANTED IN PART.  The parties SHALL FILE dispositional documents on or before **July 18, 2023**.

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **June 27, 2023**

UNITED STATES MAGISTRATE JUDGE